**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MARKOWICZ;<br>JOLANTA MARKOWICZ,<br><br>                Plaintiffs,<br><br>    vs.<br><br>SUPERIOR COURT OF STATE OF<br>CALIFORNIA, CENTRAL DISTRICT;<br>RONALD M. SOHIGIAN,<br><br>                Defendants. | CASE NO. CV 13-01731 CAS (RZ)<br><br>ORDER ACCEPTING REPORT AND<br>RECOMMENDATION OF UNITED<br>STATES MAGISTRATE JUDGE |

       The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiffs have objected. The Court accepts the findings and recommendations in the Report.

DATED: May 17, 2013

*Christina A. Snyder*

         CHRISTINA A. SNYDER
        UNITED STATES DISTRICT JUDGE