O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MARKOWICZ;<br>JOLANTA MARKOWICZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>SUPERIOR COURT OF STATE OF<br>CALIFORNIA, CENTRAL DISTRICT;<br>RONALD M. SOHIGIAN,<br><br>    Defendants. | CASE NO. CV 13-01731 CAS (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice based on the *Rooker/Feldman* doctrine. In the alternative, if that doctrine does not apply, the action is dismissed with prejudice based on judicial immunity.

DATED: May 17, 2013

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE